AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Patrick Delvon Harris, | | |
| *Plaintiff* | | |
| v. | ) | Civil Action No.    0:12-cv-02754-JMC |
| | ) | |
| William R. Byars, Jr., Director SCDC; Wayne | ) | |
| A. McCabe, Warden LCI; Vera Jenkins, Inmate | ) | |
| Grievance Coord. LCI; Ann Hallman, Branch | ) | |
| Chief SCDC; Patty Britt-Pooser, Admin Asst. | | |
| LCI, | | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____

dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of

____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

_____ recover costs from the plaintiff *(name)* _____.

■    other: the plaintiff, Patrick Delvon Harris, shall take nothing of the defendants; William R Byars, Jr.,

Wayne A McCabe, Vera Jenkins, Ann Hallman, Patty Britt-Pooser, from the complaint filed pursuant to 42

U.S.C. § 1983 and this action is dismissed without prejudice.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, adopting the Report
and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which
dismissed the complaint without prejudice.

Date:  January 17, 2014                                    *ROBIN L. BLUME, CLERK OF COURT*


                                                              s/A. Buckingham
                                                   _____
                                                      *Signature of Clerk or Deputy Clerk*